# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

STEVEN QUINN,                           :

    Petitioner,                      :   Case No.  3:04CV081

vs.                                     :   District Judge Thomas M. Rose
        Magistrate Judge Sharon L. Ovington

PATRICK HURLEY, Warden,                 :
Ross Correctional Institution,
                                                               :

    Respondent.

## ORDER

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #7), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

Accordingly, the Court **ORDERS** that:

1. The Report and Recommendations filed on May 26, 2005 (Doc. #7) is ADOPTED in full;

2. Petitioner, Steven Quinn's Petition for Writ of Habeas Corpus (Doc. #2) is DENIED and DISMISSED;

3. A Certificate of Appealability under 28 U.S.C. § 2253 (c) not issue; and

4. This case be terminated on the docket of this Court.

                                                                       s/ Thomas M. Rose

                                                                          Thomas M. Rose
                                                                 United States District Judge